**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


WAYNE McELWAIN,

       Plaintiff,

vs.                               CASE NO. 5:09cv312/RS-MD

CAPTAIN ABEL, et al,

       Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Order and Report and Recommendation is approved and is incorporated in this Order.

2.     This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3.     The clerk is directed to close the file.


**ORDERED** on October 30, 2009.


                    /S/ Richard Smoak_____
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**